UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-201-GW(JEMx) | Date | October 5, 2016 |
|---|---|---|---|
| Title | *Unicolors, Inc. v. Apollo Apparel Group, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 3, 2016, Plaintiff Unicolors, Inc. filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for November 7, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on November 4, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.
:

:

| | Initials of Preparer | JG |
|---|---|---|