JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APOLLO APPAREL GROUP, a New York Limited Liability Company; BURLINGTON STORES, INC., a New Jersey Corporation; ROSS STORES, INC., a Delaware Corporation; R&R GOLDMAN & ASSOCIATES, INC. d/b/a DISCOVERY CLOTHING COMPANY, an Illinois Corporation; BELK STORES, INC., a North Carolina Corporation; THE TJX COMPANIES, INC. d/b/a MARSHALLS, a Massachusetts Corporation; and DOES 1 through 10, Inclusive,<br>　　　　Defendants. | CASE NO. CV 16-201-GW(JEMx)<br><br>*Honorable George H. Wu, Presiding*<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE** |

# ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is hereby dismissed *with* prejudice in its entirety, against all Defendants, together with all claims and/or causes of action arising therefrom; and

2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Date: October 20, 2016

_____
The Honorable George H. Wu
United States District Judge